441 F.2d 263
 77 L.R.R.M. (BNA) 2076, 65 Lab.Cas. P 11,623
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, LOCAL
819 (HOLLOWAY CONSTRUCTION CO.), Respondent.
No. 30235 Summary Calendar.*
*Rule 18, 5 Cir.; Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 March 29, 1971.
 
 Tom Upchurch, Jr., Buddy Wright, Fort Worth, Tex., for respondent.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Elmer P. Davis, Director, N.L.R.B., Region 16, Fort Worth, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Frank H. Itkin, Lynn D. Poole, Attys., N.L.R.B., for petitioner.
 Before BELL, AINSWORTH and GODBOLD. Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 1
 /1/ See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.